The Supreme Court docket number is SC 16872.

*Robert C. Mirto*, in support of the petition.

*J. Kevin Golger*, in opposition.

Decided November 21, 2002

MARIO MALLOZZI, JR. *v.* NATIONWIDE MUTUAL
INSURANCE COMPANY

KATZ, J., did not participate in the consideration or decision of this petition.

*Charles W. Fleischmann*, in support of the petition.

*Charles E. Hickey*, in opposition.

Decided November 21, 2002

FIDELITY BANK *v.* JOHN M. KRENISKY ET AL.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*John A. Keyes*, in support of the petition.